**KING v. SOUTHERN RAILWAY CO.**

[339 N.C. 605 (1995)]

ALEXANDER KING, JR., AND WIFE, DEBRA ANN KING v. SOUTHERN RAILWAY COMPANY, A/K/A NORFOLK SOUTHERN CORPORATION, A/K/A NORFOLK SOUTHERN COMPANY

No. 135A94

(Filed 10 February 1995)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) and Rule 14 of the North Carolina Rules of Appellate Procedure from the decision of a divided panel of the Court of Appeals, 113 N.C. App. 424, 440 S.E.2d 127 (1994), affirming the judgment entered by Ross, J., on 23 January 1992 in Superior Court, Guilford County, granting defendant's motion for summary judgment. On 5 May 1994, this Court allowed discretionary review of additional issues. Heard in the Supreme Court 12 January 1995.

*Gabriel Berry & Weston, by J. Stewart Clontz, for plaintiff-appellants.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by L.P. McLendon, Jr., and John W. Ormand III, for defendant-appellee.*

PER CURIAM.

AFFIRMED.